UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANDRA SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01518-MMD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WALGREEN CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This matter is before the Court on Bryan A. Boyack's Response to the Order to Show Cause (#20) and Notice (#19), both filed on January 23, 2014. On January 9, 2014, the Court issued an Order granting with modifications the parties' Proposed Discovery Plan and Scheduling Order (#15). *See* Order #16. In doing so, the Court noted that the parties failed to comply with Local Rules ("LR") 26-1 and 26-4. Accordingly, the Court ordered all counsel of record, including Bryan A. Boyack, to submit a notice to the court by January 22, 2014 certifying that they have reviewed the corrections listed in the order in addition to LR 26-1 and LR 26-4. Bryan A. Boyack failed to comply with the Court's Order. Accordingly, the Court issued an Order to Show Cause why Bryan A. Boyack should not be sanctioned.

    After careful review of the response brief and certification that Bryan A. Boyack has reviewed the corrections and LR 26-1 and LR 26-4, the Court finds that no sanctions are warranted at this time. Bryan A. Boyack ensured the Court that future orders will be complied with in a timely manner. Additionally, Bryan A. Boyack promptly responded to the Court's Order to Show Cause and explained that the failure to comply was due to an unintentional oversight.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a

1 recommendation for civil contempt, shall not be imposed on Bryan A. Boyack for his failure to
2 comply with a court order in violation of Federal Rule of Civil Procedure 16(f) and Local Rule
3 IA 4-1.

4    DATED this 24th day of January, 2014.

```
                                              _____
                                              C.W. Hoffman, Jr.
                                              United States Magistrate Judge
```